# ADVERSARY PROCEEDING COVER SHEET
(Instructions on Reverse)

## ADVERSARY PROCEEDING NUMBER
(For Court Use Only)

**PLAINTIFFS**
Jose Martinez and Maria Martinez

**DEFENDANTS**
Bank of America, a National Assocation

**ATTORNEYS** (Firm Name, Address, and Telephone No.)
Rebecca Tomilowitz 150127
COLMENARES & TOMILOWITZ
1321 Post Avenue, Ste. 201
Torrance, CA 90501
310 851-8072 Fax: 310 851-8078

**ATTORNEYS** (If Known)

**PARTY** (Check One Box Only)
[X] Debtor
[ ] Creditor
[ ] Trustee
[ ] U.S. Trustee/Bankruptcy Admin
[ ] Other

**PARTY** (Check One Box Only)
[ ] Debtor
[X] Creditor
[ ] Trustee
[ ] U.S. Trustee/Bankruptcy Admin
[ ] Other

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUES INVOLVED)
This action is based on 11 USC Section 506(a) (d) in order to determine the secured status of defendant's lien.

## NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) - Recovery of Money/Property**
[ ] 11-Recovery of money/property - §542 turnover of property
[ ] 12-Recovery of money/property - §547 preference
[ ] 13-Recovery of money/property - §548 fraudulent transfer
[ ] 14-Recovery of money/property - other

**FRBP 7001(2) - Validity, Priority or Extent of Lien**
[X] 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) - Approval of Sale of Property**
[ ] 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) - Objection/Revocation of Discharge**
[ ] 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) - Revocation of Confirmation**
[ ] 51-Revocation of confirmation

**FRBP 7001(6) - Dischargeability**
[ ] 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
[ ] 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
[ ] 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) - Dischargeability (continued)**
[ ] 61-Dischargeability - §523(a)(5), domestic support
[ ] 68-Dischargeability - §523(a)(6), willful and malicious injury
[ ] 63-Dischargeability - §523(a)(8), student loan
[ ] 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
[ ] 65-Dischargeability - other

**FRBP 7001(7) - Injunctive Relief**
[ ] 71-Injunctive relief - imposition of stay
[ ] 72-Injunctive relief - other

**FRBP 7001(8) Subordination of Claim or Interest**
[ ] 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
[ ] 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
[ ] 01-Determination of removed claim or cause

**Other**
[ ] SS-SIPA Case - 15 U.S.C. §§78aaa et.seq.
[ ] 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

[ ] Check if this case involves a substantive issue of state law
[ ] Check if this is asserted to be a class action under FRCP 23
[ ] Check if a jury trial is demanded in complaint
Demand $

Other Relief Sought

## BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES

| NAME OF DEBTOR<br>Jose Martinez<br>Maria Martinez | | BANKRUPTCY CASE NO.<br>LA11-57036 VZ |
|---|---|---|
| DISTRICT IN WHICH CASE IS PENDING<br>Central District of California | DIVISION OFFICE<br>Los Angeles | NAME OF JUDGE<br>Vincent P Zurzolo |

### RELATED ADVERSARY PROCEEDING (IF ANY)

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |

SIGNATURE OF ATTORNEY (OR PLAINTIFF)

Rebecca Tomilowitz 150127

| DATE<br>January 2, 2012 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Rebecca Tomilowitz 150127 |
|---|---|

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

| Attorney or Party Name, Address, Telephone and Fax Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Rebecca Tomilowitz<br>1321 Post Avenue, Ste. 201<br>Torrance, CA 90501<br>310 851-8072 Fax: 310 851-8078<br>California State Bar Number: 150127<br><br>*Attorney for Plaintiff* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

Jose Martinez and Maria Martinez

CHAPTER __13__

CASE NUMBER LA11-57036 VZ

Debtor.

ADVERSARY NUMBER 2:12-ap-0

Jose Martinez and Maria Martinez

Plaintiff(s),

vs.

Bank of America, a National Association

Defendant(s).

*(The Boxes and Blank Lines below are for the Court's Use Only)(Do Not Fill Them In)*

**SUMMONS AND NOTICE OF STATUS CONFERENCE**

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by _____, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| Hearing Date: | Time: | Courtroom: 1368 | Floor: 13th |
|---|---|---|---|
| ☒ 255 East Temple Street, Los Angeles | | ☐ 411 West Fourth Street, Santa Ana | |
| ☐ 21041 Burbank Boulevard, Woodland Hills | | ☐ 1415 State Street, Santa Barbara | |
| ☐ 3420 Twelfth Street, Riverside | | | |

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: _____

KATHLEEN J. CAMPBELL
Clerk of Court

By: _____
*Deputy Clerk*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

February 2010 (COA-SA)

**F 7004-1**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Rebecca Tomilowitz 150127<br>1321 Post Avenue, Ste. 201<br>Torrance, CA 90501<br>310 851-8072<br>310 851-8078<br>rtomilowitz@aol.com<br>150127<br><br>☒ *Attorney for Plaintiff(s):*<br>☐ *Plaintiff(s) appearing without attorney* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>Jose Martinez and Maria Martinez<br><br>Debtor(s). | CASE NO.: LA11-57036 VZ<br>CHAPTER 13<br>ADVERSARY NO.:    2:12-ap- |
|---|---|
| Jose Martinez and Maria Martinez<br><br>Plaintiff(s),<br>vs.<br>Bank of America, a National Association<br><br>Defendant. | DEBTOR'S COMPLAINT TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(a),(d), FRBP 3012]<br><br>TO BE FILED CONCURRENTLY WITH LBR FORM F 7004-1 SUMMONS AND NOTICE OF STATUS CONFERENCE AND FORM B-104 ADVERSARY PROCEEDING COVER SHEET |

**NAME OF CREDITOR HOLDING JUNIOR LIEN ("Defendant"):** Bank of America, a National Association

**A. Introduction:** This is an adversary proceeding brought by the Plaintiff(s), Jose and Maria Martinez, in order to determine the value of a claim secured by a lien on principal residence of Plaintiff(s) which the estate has an interest, and to avoid the junior deed of trust, mortgage or other encumbrance (hereinafter, "Lien") of Defendant, pursuant to 11 U.S.C. § 506.

**B. Jurisdiction:** This adversary proceeding arises out of and is related to the above-captioned chapter 13 case now pending in United States Bankruptcy Court. The complaint involves a "core" proceeding pursuant to 28 U.S.C. § 157(b)(2). The court has jurisdiction in this adversary proceeding pursuant to 28 U.S.C. §§ 157, 1334; and General Order No. 266 of the United States District Court for the Central District of California.

**C. Venue:** Venue for this adversary proceeding is proper in this court pursuant to 28 U.S.C. § 1409(a).

**D. General Allegations:**

1. **Property at Issue:** Plaintiff(s) owns real property (the "Property"), described below, encumbered by a lien held by Defendant:

    Street Address: 11818 Leland Avenue
    Unit Number:
    City, State, Zip Code: Whittier, CA 90605-4057, APN: 8028-003-007

    Legal description or document recording number (including county of recording): Lot 7 of Tract No. 17769, in the City of Whittier, County of Los Angeles, State of California, as per Map recorded in Book 448, Pages 8-11 of Maps, in the Office of the County Recorder of said County. The subject junior lien of defendant was recorded on 3/6/2007, instrument no. 2007-0482908.

    ☐ See attached page

**2. Grounds for Avoidance of Junior Lien:**

a. As of __11/14/11__, the Property is subject to the following liens in the amounts specified securing the debt against the Property, which the Plaintiff(s) seeks to have treated as indicated:

   i. __Bank of America, a NA__ in the amount of $ __406,057.00__ :

   ii. __Bank of America, a NA__ in the amount of $ __50,208.00__   ☒ is ☐ is not to be avoided;

   iii. _____ in the amount of $_____ ☐ is ☐ is not to be avoided;

   ☐ See attached page for additional lien(s).

b. As of __11/2011__, Property is worth no more than $ __225,000.00__ .

c. As a result, Defendant's claim related to the Lien on the Property is ☒ wholly ☐ partially unsecured.

### E. Claim For Relief:

1. Pursuant to 11 U.S.C. § 506(a), Defendant's claim as of the date of filing is unsecured.

2. Pursuant to 11 U.S.C. § 506(d) the Defendant's Lien may be avoided.

### F. Wherefore, Plaintiff prays for the following:

1. The Property is valued at no more than $ __225,000.00__ .

2. The Defendant's claim related to the Lien shall be allowed as a non-priority general unsecured claim in the amount per the filed Proof of Claim.

3. The avoidance of Defendant's Lien is contingent upon ☐ Debtor's completion of the chapter 13 plan, or ☒ Debtor's receipt of a chapter 13 discharge.

4. The Defendant shall retain its lien in the junior position for the full amount due under the corresponding note and lien in the event of either the dismissal of Debtor's chapter 13 case, the conversion of Debtor's chapter 13 case to any other chapter under the United States Bankruptcy Code, or if the Property is sold or refinanced prior to: ☐ Debtor's completion of the chapter 13 plan, or ☒ Debtor's receipt of a chapter 13 discharge.

5. In the event that the holder of the first position lien or any senior lien on the Property forecloses on its interest and extinguishes Defendant's lien rights prior to: ☐ Debtor's completion of the chapter 13 plan, ☒ or Debtor's receipt of a chapter 13 discharge,

6. ☐ See attached continuation page for additional provisions.

Dated: __January 2, 2012__

Respectfully submitted,

By: _(signature)_
Signature of Plaintiff or Attorney for Plaintiff

Name: __Rebecca Tomilowitz__
Type Name of Plaintiff or Attorney for Plaintiff